AO 245D    (Rev. 12/07) Judgment in a Criminal Case for Revocations
           Sheet 1

# UNITED STATES DISTRICT COURT

## Middle District of Alabama

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
| v. | (For **Revocation** of Probation or Supervised Release) |

|  |  |
|---|---|
| **RONALD CHERRY** | Case No.    2:03cr241-WHA |
|  | USM No.    11321-002 |

_____Aylia McKee_____
Defendant's Attorney

**THE DEFENDANT:**

X  admitted guilt to violation of condition(s)   _1 - 3 of the petition_   of the term of supervision.

☐  was found in violation of condition(s)   _____   after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to refrain from committing another federal, state or local crime | 3/1/10 |
| 2 | Failure to notify probation officer as to any change in residence | 4/6/10 |
| 3 | Failure to notify probation officer of being arrested | 3/1/10 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

X  The defendant has not violated condition(s)  _4 of the petition_  and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:  8848

Defendant's Year of Birth:    1955

City and State of Defendant's Residence:
                Columbus, GA

June 2, 2010
Date of Imposition of Judgment

_(signature)_
Signature of Judge

W. Harold Albritton, Senior U. S. District Judge
Name and Title of Judge

6/2/2010
Date

AO 245D    (Rev. 12/07) Judgment in a Criminal Case for Revocations
           Sheet 2— Imprisonment

Judgment— Page __2__ of __2__

DEFENDANT:       RONALD CHERRY
CASE NUMBER:     2:03cr241-WHA

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :

**30 days** with no supervision to follow.
It is ORDERED that the term of supervised release imposed on September 18, 2008, is REVOKED. The court has taken into consideration the policy statements in Chapter 7 of the Guidelines Manual, the guideline range, and all relevant information in imposing the sentence at 30 days.

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
   ☐ at _____ ☐ a.m. ☐ p.m. on _____.
   ☐ as notified by the United States Marshal.

X The defendant shall surrender for service of sentence at the **Elmore County Jail**:
   X before 2 p.m. on __June 7, 2010__ .
   ☐ as notified by the United States Marshal.
   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____
at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL